# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

MAY 09 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| United States of America<br>v.<br><br>HERNAN JIMENEZ PEREZ,<br>a/k/a JOSE HERNANDEZ GUZMAN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-mj-122-SCR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 19, 2025__ in the County of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)<br>8 U.S.C. § 1306(b) | Illegal Reentry by a Previously Deported<br>Failure to Notify Immigration Authorities of an Address Change as required by 8 U.S.C. § 1305(a) |

This Criminal Complaint is based on these facts:

See Attached Affidavit of ICE/ERO Deportation Officer Kyle Wear

☒ Continued on the attached sheet.

*Complainant's signature*

Kyle Wear, ICE/ERO Deportation Officer
*Printed name and title*

Date: 05/09/2025

*Judge's signature*

City and state: Charlotte, North Carolina

Susan C. Rodriguez, U.S. Magistrate Judge